Christopher BURTON, Movant/
Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 98374.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 22, 2013.

Jessica M. Hathaway, Loyce A. Hamilton, Office of the Mo. Public Defender, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Movant, Christopher Burton, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Mark A. WHITWORTH, Appellant.

No. WD 74325.

Missouri Court of Appeals,
Western District.

Jan. 22, 2013.

Karen L. Kramer, Jefferson City, for Respondent.

Emmett D. Queener, Columbia, for Appellant.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

*ORDER*

PER CURIAM:

Appellant Mark Whitworth appeals from his conviction of one count of forcible rape, § 566.030, one count of statutory rape in the first degree, § 566.032, one count of statutory sodomy in the first degree, § 566.062, one count of incest, § 568.020, and one count of child molestation in the first degree, § 566.067. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**